**Kevin Andre RANKIN, Plaintiff—Appellant,**

v.

**Joseph LIGHTSEY, Doctor, Defendant—Appellee,**

and

**Jenny Craig; M. Boone, sued in their individual capacities; Selma Townes, sued in her individual capacity and official capacity, Defendants.**

No. 04–6028.

United States Court of Appeals, Fourth Circuit.

Submitted: March 15, 2004.

Decided: April 12, 2004.

Kevin Andre Rankin, Appellant pro se.

Dana Hefter Davis, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin Andre Rankin appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Rankin v. Lightsey,* No. CA–02–483–5–H (E.D.N.C. Oct. 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*